UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AVTAR SINGH,<br><br>Defendant. | Case No. 1:20-cv-00050-AWI-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 7) |

On July 1, 2020, Plaintiff, Allied World National Assurance Company, filed a notice of voluntary dismissal of entire action. (ECF No. 7.) Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **July 2, 2020**                    /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

1